1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

          Plaintiff,

v.

JAMSHID HOOSHIM; and Does 1-10,

          Defendants.

Case No.  CV 19-08602-AB (MAA)

**ORDER DISMISSING CIVIL ACTION**

18
19
20
21
22
23
24
25
26
27
28

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 5, 2019

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE